AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Connell, Beverly | United States District Court, Central District of California | 09/04/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United State District Court
Central District
312 North Spring Street
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Loyola Law School, agreement to serve as Adjunct Professor in 2014 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 09/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Loyola Law School - teaching | $6,600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Los Angeles County District Attorney's Office - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 09/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 09/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   3D Systems (DDD) | | None | J | T | | | | | |
| 2.   Abbive (ABBV) | B | Distribution | K | T | | | | | |
| 3.   Advent Clay (AVK) | A | Dividend | J | T | | | | | |
| 4.   Allianza NJF Div Int Prm St (NFJ) | B | Dividend | J | T | | | | | |
| 5.   Apple (AAPL) | A | Dividend | K | T | | | | | |
| 6.   Applied Materials (AMAT) | A | Dividend | J | T | Buy | 07/07/14 | J | | |
| 7.   Am. Intel Group Stock | A | Dividend | J | T | | | | | |
| 8.   Atlas Pipeline Partners stock (APL) | B | Dividend | K | T | | | | | |
| 9.   Baker Hughes (BHI) | A | Dividend | J | T | Buy | 11/14/14 | J | | |
| 10.   Bank of America stock (BAC) | A | Dividend | K | T | | | | | |
| 11.   Blackrock (C11) | A | Dividend | J | T | | | | | |
| 12.   Blackstone Gp LP Rep Ltd (BX) | A | Distribution | J | T | Buy | 04/09/14 | J | | |
| 13.   Breitburn Energ Ps LP (BBEP) | B | Dividend | J | T | Buy | 10/31/14 | J | | |
| 14.   Brookfield AM (BAM) | A | Dividend | J | T | | | | | |
| 15.   Bristol Myers Squibb (BMY) | A | Dividend | K | T | Buy | 03/24/14 | K | | |
| 16.   CVR (CVPR) | A | Distribution | J | T | | | | | |
| 17.   CVR (CVPR) | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 09/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Calumet (CLMT) | B | Dividend | J | T | | | | | |
| 19. Calamos Glo Dynamic Inc (CHW) | A | Dividend | K | T | | | | | |
| 20. Calamos Strategic Total Return Fund (CSQ) | A | Dividend | K | T | | | | | |
| 21. Calamos Strategic Global Return Fund (CGO) | A | Dividend | K | T | | | | | |
| 22. CSX Corp. stock (CSX) | A | Dividend | J | T | | | | | |
| 23. Cerovus (CVE) | A | Dividend | J | T | | | | | |
| 24. Columbia Sportswear (COLM) | A | Dividend | J | T | Buy | 11/12/14 | J | | |
| 25. Commonwealth REIT (CWH) | B | Dividend | K | T | | | | | |
| 26. Consolidated Water Co (CWCO) | A | Dividend | J | T | Buy | 05/23/14 | J | | |
| 27. Davidson Multi-Corp. (DFMAX) | A | Dividend | K | T | Buy (add'l) | 12/18/14 | J | | |
| 28. Devon Energy Corp New (DVN) | A | Dividend | J | T | Buy | 10/27/14 | J | | |
| 29. Devon Energy Corp New (DVN) | A | Dividend | J | T | Buy (add'l) | 10/31/14 | J | | |
| 30. Discovery Laboratories stock (DSCO) | A | Dividend | J | T | | | | | |
| 31. Dicks Sporting Goods (DKS) | A | Dividend | J | T | Buy | 11/14/14 | J | | |
| 32. Div & Inc Fd. (DNI) | C | Dividend | K | T | | | | | |
| 33. EMC Corp. Mass (EMC) | A | Dividend | J | T | Buy | 09/23/14 | J | | |
| 34. Eaton Vance (EXG) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 09/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ensco PLC Cl A (ESV) | A | Dividend | J | T | Buy | 05/29/14 | K | | |
| 36. Ensco PLC Cl A (ESV) | A | Dividend | J | T | Buy (add'l) | 06/02/14 | J | | |
| 37. Extreme Networks (EXTR) | | None | K | T | Buy | 3/10/14 | J | | |
| 38. Extreme Networks (EXTR) | | None | J | T | Buy (add'l) | 05/15/14 | J | | |
| 39. Extreme Networks (EXTR) | | None | J | T | Buy (add'l) | 03/10/14 | K | | |
| 40. First Trust (TDIV) | A | Dividend | J | T | | | | | |
| 41. First Tr DA Davidson Tips 2014 | A | Dividend | K | T | Buy | 01/03/14 | K | | |
| 42. First Tr DA Davidson Tips 2014 | A | Distribution | | | Buy (add'l) | 04/28/14 | J | | |
| 43. First Tr DA Davidson Tips 2014 | A | Distribution | | | Buy (add'l) | 07/25/14 | J | | |
| 44. First Tr DA Davidson Tips 2014 | A | Distribution | | | Buy (add'l) | 08/25/14 | J | | |
| 45. First Tr DA Davidson Tips 2014 | A | Distribution | | | Buy (add'l) | 10/27/14 | J | | |
| 46. First Tr DA Davidson Tips 2014 | A | Distribution | | | Buy (add'l) | 11/25/14 | J | | |
| 47. First Tr DA Davidson Tips 2014 | A | Distribution | | | Buy (add'l) | 12/26/14 | J | | |
| 48. Ford Motor Co New (F) | B | Dividend | K | T | | | | | |
| 49. Ford Motor Co New (F) | A | Dividend | K | T | | | | | |
| 50. Freeport McMoran (FCX) | A | Dividend | J | T | Buy | 10/29/14 | J | | |
| 51. General Electric Corp. stock (GE) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 09/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GlaxoSmithKline PLC Spon ADR (GSK) | A | Dividend | J | T | Buy | 11/11/14 | J | | |
| 53. Greenbrier Companies (DBX) | A | Dividend | K | T | Buy | 12/15/14 | K | | |
| 54. Greenbrier Companies (DBX) | A | Dividend | J | T | Buy (add'l) | 11/06/14 | J | | |
| 55. Group Health (OPK) | A | Dividend | K | T | | | | | |
| 56. Halcon Resources (HK) | | None | J | T | Buy | 08/14/14 | J | | |
| 57. HCP, Inc. stock (HCP) | B | Dividend | K | T | | | | | |
| 58. Halozyme (HALO) | B | Dividend | J | T | | | | | |
| 59. Halozyme (HALO) | | None | J | T | Buy | 05/09/14 | J | | |
| 60. Healthcare Tr. America stock (HTA) | A | Dividend | K | T | | | | | |
| 61. Helmerich & Payne (HP) | A | Dividend | J | T | Buy | 11/24/14 | K | | |
| 62. IMAX Corp (IMAX) | | None | K | T | Buy | 03/20/14 | J | | |
| 63. IMAX Corp (IMAX) | | None | K | T | Buy (add'l) | 06/11/14 | K | | |
| 64. International Paper (IP) | A | Dividend | K | T | | | | | |
| 65. I Shares ETF (EEM) | A | Dividend | K | T | | | | | |
| 66. Ishares Europe (IEV) | A | Dividend | J | T | | | | | |
| 67. IShares MSCI Canada ETF (EWC) | A | Dividend | J | T | Buy | 07/07/14 | J | | |
| 68. IShares MSCI Austrailia ETF (EWA) | A | Dividend | J | T | Buy | 07/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 09/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Invesco Mortgage Cap (IVR) | B | Dividend | K | T | Buy | 09/16/14 | K | | |
| 70. Invest. RET stock (IRET) | A | Dividend | J | T | | | | | |
| 71. Iridium Comm (IRDM) | B | Dividend | K | T | Buy | 08/14/14 | K | | |
| 72. Iridium Comm (IRDM) | | None | J | T | Buy (add'l) | 08/12/14 | J | | |
| 73. Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 74. John Hancock Div. (HTD) | B | Dividend | K | T | | | | | |
| 75. JP Morgan Chase Alt (AMJ) | A | Dividend | J | T | | | | | |
| 76. Kayne Anderson stock (KED) | B | Dividend | K | T | | | | | |
| 77. Kinder Morgan (KMI) | B | Dividend | K | T | Buy | 03/20/14 | K | | |
| 78. Kinder Morgan (KMI) | A | Dividend | J | T | Buy (add'l) | 08/15/14 | J | | |
| 79. Kinder Morgan (KMI) | A | Dividend | J | T | Buy (add'l) | 03/14/14 | J | | |
| 80. Kulicke & Soffa Ind (KLIC) | | None | K | T | Buy | 02/14/14 | K | | |
| 81. KBR | | None | K | T | Buy | 04/07/14 | K | | |
| 82. KBR Inc (KBR) | B | Dividend | | | Sold | 12/15/14 | K | A | |
| 83. KBR Inc (KBR) | | None | | | Sold | 12/15/14 | J | A | |
| 84. Maxwell Tech (MWL) | | None | J | T | Buy | 11/21/14 | J | | |
| 85. Micaahel Kors Hld (KORS) | | None | K | T | Buy | 07/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 09/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Michael Kors Hld (KORS) | | None | J | T | Buy (add'l) | 09/17/14 | J | | |
| 87. Mercury Gen. Ins. Co. stock (MCY) | A | Dividend | J | T | | | | | |
| 88. Microsoft Corp. stock (MSFT) | A | Dividend | K | T | | | | | |
| 89. McQuarie First Trust (MFD) | B | Dividend | K | T | Buy | 10/17/14 | K | | |
| 90. National Oilwell Vargo (NOV) | A | Dividend | K | T | | | | | |
| 91. Netapp (NTAP) | A | Dividend | J | T | Buy | 11/14/14 | J | | |
| 92. North Atlantic Drilling (NADL) | B | Dividend | J | T | Buy | 05/27/14 | J | | |
| 93. North Atlantic Drilling (NADL) | A | Dividend | J | T | Buy (add'l) | 11/18/14 | J | | |
| 94. Northern Lights (TWOAX) | A | Dividend | K | T | | | | | |
| 95. Novadale Tech (NVDQ) | B | Dividend | K | T | | | | | |
| 96. Novavax stock (NVAX) | A | Dividend | K | T | | | | | |
| 97. Omnitek Engineering (OMTK) | | None | J | T | Buy | 06/13/14 | J | | |
| 98. OPKO Health (OPK) | | None | J | T | Buy | 01/30/14 | J | | |
| 99. OPKO Health (OPK) | | None | J | T | Buy (add'l) | 03/12/14 | J | | |
| 100. Pacific Coast Oil (ROYT) | C | Dividend | J | T | | | | | |
| 101. Petroleo Brasileiro (PBR) | A | Dividend | K | T | | | | | |
| 102. Physicians Realty (DOC) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Connell, Beverly | 09/04/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Proshares OFF (PXR) | A | Dividend | J | T | | | | | |
| 104. Qualcomm Inc. (QCOM) | A | Dividend | K | T | Buy | 07/24/14 | J | | |
| 105. Qualcomm Inc. (QCOM) | | None | J | T | Buy (add'l) | 08/04/14 | J | | |
| 106. Qualcomm Inc (QCOM) | | None | J | T | Buy (add'l) | 08/11/14 | J | | |
| 107. Schnitzer Steel Ind Cl A (SCHN) | A | Dividend | J | T | Buy | 10/27/14 | J | | |
| 108. Rayonier (RYN) | A | Dividend | K | T | | | | | |
| 109. Realty, Inc. (O) | A | Dividend | K | T | | | | | |
| 110. San Juan Basin Royalty Tr (SJT) | A | Dividend | J | T | Buy | 09/17/14 | J | | |
| 111. Seadrill Ltd. (SDRL) | B | Dividend | J | T | Buy | 09/10/14 | J | | |
| 112. Seadrill (SDRL) | | None | J | T | Buy | 03/12/14 | J | | |
| 113. Sector Fin (XLF) | A | Dividend | J | T | | | | | |
| 114. Sector Mtls ETC (XLB) | A | Dividend | J | T | | | | | |
| 115. Senior Housing Properties (SNH) | C | Dividend | K | T | | | | | |
| 116. Star Gas PT (SGU) | A | Dividend | J | T | | | | | |
| 117. Source Capital )SPR_ | A | Dividend | J | T | | | | | |
| 118. Starbucks Corp. stock (SBUX) | A | Dividend | L | T | | | | | |
| 119. Suntrust Banks (STI) | A | Dividend | J | T | Buy | 07/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 09/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Synovus Financial Corp. stock | A | Dividend | J | T | | | | | |
| 121. Tri Continental Corp (TY) | A | Dividend | J | T | Buy | 06/02/14 | J | | |
| 122. Triumph Group (TGI) | A | Dividend | J | T | Buy | 04/09/14 | J | | |
| 123. Triumph Group (TGI) | | None | | | Buy (add'l) | 08/25/14 | J | | |
| 124. Tutor Perini (TPC) | | None | J | T | Buy | 10/24/14 | J | | |
| 125. Tyson Foods Cl A (TSN) | A | Dividend | J | T | Buy | 06/23/14 | J | | |
| 126. Torchlight En (TRCH) | A | Dividend | J | T | | | | | |
| 127. Towerstream (TWER) | A | Dividend | K | T | | | | | |
| 128. Transamerica MLP (TMLAX) | A | Dividend | J | T | | | | | |
| 129. Umpqua ((UMP) | A | Dividend | K | T | | | | | |
| 130. Universal Health Realty (UHT) | A | Dividend | J | T | Buy | 01/15/14 | J | | |
| 131. Uranium Energy Corp. stock (UEC) | C | Distribution | K | T | | | | | |
| 132. Vale SA APL (VALE) | B | Dividend | K | T | | | | | |
| 133. Vale SA APL (VALE) | B | Dividend | K | T | | | | | |
| 134. Vanguard Emerging Market (VWO) | A | Dividend | K | T | | | | | |
| 135. Vanguard Europe stock (VGK) | A | Dividend | J | T | | | | | |
| 136. Vanguard PRIMECAP fund (VPMCX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 09/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Vanguard Windso II Fund (VWNFX) | A | Dividend | J | T | | | | | |
| 138. Walt Disney (DIS) | A | Dividend | J | T | | | | | |
| 139. Weyerhauser (WY) | A | Dividend | J | T | | | | | |
| 140. Windstream Corp. stock | A | Dividend | J | T | | | | | |
| 141. CASTEFA municipal bond | A | Interest | J | T | | | | | |
| 142. CASTPW municipal bond | B | Interest | J | T | | | | | |
| 143. CASTCMNYS municipal bond | B | Interest | J | T | | | | | |
| 144. Two Oaks Diversivfied Gr & Inc Fund (TWOAX) | A | Dividend | L | T | Buy | 01/03/14 | L | | |
| 145. Claremont Univ. Graduate bond CUSIP 130178QD1 | B | Interest | K | T | | | | | |
| 146. Cajon Valley Elem. School municipal bond | A | Interest | J | T | | | | | |
| 147. Cajon, CA municipal bond | A | Int./Div. | J | T | | | | | |
| 148. Calfornia Public Works municipal bond | A | Interest | K | T | | | | | |
| 149. Huntington Mem. Hosp. municipal bond CUSIP 130911M23 | B | Interest | K | T | | | | | |
| 150. Huntington Mem. Hosp. municipal bond CUSIP 130811L32 | B | Interest | K | T | | | | | |
| 151. Monrovia Library Proj. municipal bond CUSIP 611578BB0 | B | Interest | K | T | | | | | |
| 152. Orange County Series A municipal bond CUSIP 68428TAR8 | A | Interest | K | T | | | | | |
| 153. Oxnard Gas municipal bond CUSIP 691884AV2 | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 09/04/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Ventura County Unified School Dist. municipal bond | A | Interest | K | T | | | | | |
| 155. Woodside Elementary Sch Mun Bond CUSIP 98023RAZ0 | A | Interest | K | T | | | | | |
| 156. Chase Bank cash accounts | A | Interest | K | T | | | | | |
| 157. LA County Savings Plan | A | Dividend | J | T | | | | | |
| 158. Box Ships (TEU) | A | Dividend | | | Sold | 04/04/14 | J | A | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 09/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII, added Purchase of KBR, Inc. (KBR) inadvertently omitted (line 82); added Sale of Box Ships (TEU), inadvertently omitted (line 158). Deleted Part V Gift - per Judicial Conference gift amount below report threshold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beverly O'Connell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544